UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BULLOCK,

    Petitioner,

                                        Case No. 15-13510

v.                                          HON. AVERN COHN

CARMEN PALMER,

    Respondent.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY (Doc. 11)

This is a habeas case under 28 U.S.C. § 2254. Petitioner Kenneth (Petitioner), is a state prisoner serving a sentence of thirty to seventy years each for convictions for armed robbery, M.C.L. § 750.529 and carjacking, M.C.L. § 750.529a. He also received a consecutive two year sentence for felony-firearm, M.C.L. § 750.227b and time served for felon in possession of a firearm, M.C.L. § 750.224f. Petitioner filed a pro se petition for writ of habeas corpus essentially claiming ineffective assistance of counsel. The Court denied the petition for lack of merit and also denied a certificate of appealability. (Doc. 7). Petitioner filed a notice of appeal. (Doc. 9).

Before the Court is Petitioner's motion for a certificate of appealability (COA) on the claims raised in the petition. (Doc. 11). Given that the Court has already found that Petitioner is not entitled to a COA, the motion for a COA is MOOT. Furthermore, construing Petitioner's motion as a motion for reconsideration of the denial of a COA, it

is DENIED. Petitioner has not established that the Court erred in determining that reasonable jurists would not debate the Court's assessment of Petitioner's claims or conclude that his claims deserve encouragement to proceed further.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2016
Detroit, Michigan